317 So.2d 575

**In re Isreal JENNINGS**

**v.**

**STATE.**

**Ex parte Isreal Jennings.**

**SC 1366.**

Supreme Court of Alabama.

Aug. 21, 1975.

Ralph C. Burroughs, Tuscaloosa, for petitioner.

HEFLIN, Chief Justice.

Petition of Isreal Jennings for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Jennings v. State,* 55 Ala. App. 593, 317 So.2d 571.

Writ denied.

BLOODWORTH, FAULKNER, ALMON and EMBRY, JJ., concur.

314 So.2d 879

**In re Dorothy J. JONES, alias**

**v.**

**STATE.**

**Ex parte Dorothy J. Jones, alias.**

**SC 1266.**

Supreme Court of Alabama.

June 5, 1975.

Elno A. Smith, Jr., Montgomery, for petitioner.

JONES, Justice.

Petition of Dorothy J. Jones for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Jones v. State, 54 Ala.App. 274, 314 So.2d 876.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and SHORES, JJ., concur.

318 So.2d 801

**In re Karen Elaine JORDAN**

**v.**

**STATE.**

**Ex parte Karen Elaine Jordan.**

**SC 1068.**

Supreme Court of Alabama.

March 13, 1975.

Richard D. Lane, Auburn, for petitioner.

No appearance for the State.

HEFLIN, Chief Justice.

Petition of Karen Elaine Jordan for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Jordan v. State, 56 Ala.App. 55, 318 So.2d 793.

Writ denied.

MERRILL, MADDOX, JONES and SHORES, JJ., concur.